**Order entered October 3, 2013**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00894-CV

**ERIC DRAKE, Appellant**

**V.**

**SUNHEE PI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-01374-E**

## ORDER

By order dated September 20, 2013, the Court granted appellant's motion for an extension of time to file a motion to review the trial court's September 13, 2013 order sustaining the contest to his affidavit of indigence. Appellant filed his motion for review on September 24, 2013. Appellant stated in his motion that he served a copy of it with the "district attorney's office." The district attorney's office does not represent appellees. Because appellant's motion was not properly served, we **STRIKE** the motion without prejudice to appellant filing a motion for review that is properly served on the following persons:

1.  Mr. Wm. Lance Lewis
    Quilling, Selander, Lownds, Winslett, & Moser, P.C.
    2001 Bryan St., Suite 1800
    Dallas, Texas  75201-3070

2. Ms. Kristina Nadine Kastl
   Kastl Law, PC
   4144 N. Central Expy., Suite 300
   Dallas, Texas 75204-3136

3. Mr. John Warren
   Dallas County Clerk
   509 Main St., Suite 200
   Dallas, Texas 75202-3551

4. Ms. Vikki Ogden
   Official Court Reporter
   County Court at Law No. 5
   George Allen, Sr. Courts Building
   600 Commerce St., 5th Floor
   Dallas, Texas 75202

Any motion for review must be filed **ON OR BEFORE OCTOBER 14, 2013**.

If appellant files a motion for review in compliance with this order Mr. Warren and Ms. Ogden must file the clerk's record and reporter's record of the hearing on the contest, **WITHIN THREE DAYS AFTER THE MOTION IS FILED**. *See* TEX. R. APP. P. 20.1(j)(3).

We **DIRECT** the Clerk of this Court to send a copy of this order by first-class mail to appellant and by electronic transmission to counsel for appellees, John Warren, and Vikki Ogden.

/s/    ELIZABETH LANG-MIERS
       JUSTICE